Eastern District of Kentucky
FILED

JUL 25 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL ACTION NO. 6:24-049-CHB

UNITED STATES OF AMERICA                                    PLAINTIFF

V.          **MOTION OF UNITED STATES**
            **FOR ISSUANCE OF ARREST WARRANT**

ANGIE COMBS                                                 DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, Angie Combs, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By: /s/
W. Samuel Dotson
Assistant U.S. Attorney
601 Meyers Baker Rd.
London, KY 40741
(606) 864-5523
william.s.dotson@usdoj.gov